IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
FEB 0 5 2018
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| ANTHONY PATRICK REED, | CV 13 – 17 – BU –DWM |
| Plaintiff, | |
| vs. | ORDER |
| DOUG LIEURANCE, in his individual capacity; BRIAN GOOTKIN, in his individual capacity; GALLATIN COUNTY SHERIFF'S OFFICE, a department of Gallatin County; and GALLATIN COUNTY, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH

PREJUDICE, each party to pay its own costs and attorney's fees. All pending

motions are MOOT and all deadlines are VACATED.

DATED this ___5___ day of February, 2018.

Donald W. Molloy, District Judge
United States District Court